IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:14CR3104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| Gabriel Ruelas Lugo, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Joy Shiffermiller, as a Criminal Justice Act Training Panel Member, to assist in the defense of Oscar Garcia.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Joy Shiffermiller is hereby assigned to assist CJA Thomas R. Lamb in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.   Joy Shiffermiller shall not be eligible to receive compensation for her services in this case.

The CJA Thomas R. Lamb shall continue to be primary counsel on behalf of the Defendant, Gabriel Ruelas Lugo.

Dated: October 21, 2014

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge