IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3104 |
| vs. | |
| GABRIEL ALONSO RUELAS-LUGO, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion to return property (filing 39) requesting the return of a gold chain and wallet with documents, which he alleges were seized during his arrest.

The government has responded to this motion. Filing 41. The government states that the property the defendant seeks, as well as some other items belonging to him, are in the custody of the Lincoln Police Department. Filing 41 at 1.

The government states that if the defendant (1) provides the government with written authorization to release the gold chain, the wallet and its contents, and the other property to another person, *and* (2) provides contact information for that person, then the government will notify that person and the Lincoln Police Department Property Room of the defendant's wishes. Filing 41 at 2. The defendant may, but is not required to, designate his former attorneys to receive his property for him. Filing 41 at 2.

The defendant is instructed to file a reply to the government's brief with the Court on or before July 18, 2016. If the defendant does not reply, the Court will dismiss the defendant's motion to return property.

IT IS ORDERED:

1. The defendant is directed to reply on or before July 18, 2016. If the defendant does not reply, the Court will dismiss the defendant's motion (filing 39).

2. The Clerk of Court is directed to mail a copy of this order, as well as a copy of the government's response (filing 41) to the defendant at his last-known address.

Dated this 15th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge