IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3104 |
| vs. | |
| GABRIEL ALONSO RUELAS-LUGO, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) An evidentiary hearing on Defendant's claim to recover compensation for his gold necklace will be held before the undersigned magistrate judge on September 20, 2018, at 9:00 a.m. in Courtroom #2, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

2) Defense counsel and counsel for the government shall be present at this hearing. Defendant shall appear by videoconference or telephone, preferably by videoconference. On or before September 7, 2018, defense counsel shall contact my courtroom deputy, Jeri Bierbower, to make arrangements for Defendant's participation in the hearing.

3) Copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

August 24, 2018

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge