IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:14-CR-3104 |
| vs. | ORDER |
| GABRIEL ALONSO RUELAS-LUGO, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 81) recommending denial of the parties' pending motions. The Court has conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1), *see Branch v. Martin*, 886 F.2d 1043, 1045-46 (8th Cir. 1989), and agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 81) are adopted.

2. The defendant's objection (filing 82) is overruled.

3. The defendant's motion for damages (filing 50) is denied.

4. The government's motion to dismiss (filing 71) is denied.

Dated this 21st day of December, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge